UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Tranquilino Antonio Chavez, )<br>  )<br>               Plaintiff, )<br>vs. )<br>  )<br>Deutsche Bank Trust, )<br>  )<br>              Defendant. )<br>  ) | Case No.: 2:13-cv-00732-GMN-PAL<br><br>**ORDER** |

Previously, the Court dismissed Plaintiff's claims and gave leave to amend by January 31, 2014. (Order, Jan. 3, 2014, ECF No. 23.)  That deadline has now elapsed, and Plaintiff has not filed an amended pleading or taken any further action.  Furthermore, despite the issuance of an Order to Show Cause (ECF No. 22) in August 2013 from the United States Magistrate Judge assigned to this case, Plaintiff has not entered an appearance or taken any action in this case since June 12, 2013 (*see* Status Report, ECF No. 13).  For these reasons, the Court determines that further leave to amend is not warranted, and that dismissal of Plaintiff's claims with prejudice is appropriate.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's claims are dismissed with prejudice.  The Clerk shall close the case and enter judgment accordingly.

**DATED** this 12th day of February, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court